UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. LONG <br> SHERRIE K. LONG <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al. <br><br> Defendants. | ) <br> ) <br> ) CASE NO: **1:08-cv-00849** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 17th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **U.S. Attorney General**. Attached hereto is the certified green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt showing article addressed to: U.S. Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530; Article number 7007 2680 0002 5085 3681; Service Type: Certified; Received stamp: MAY 22 2008]

*Elias Aoun* (signature)

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796