## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. LONG<br>SHERRIE K. LONG<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.<br><br>        Defendants. | )<br>)<br>)   CASE NO: **1:08-cv-00849**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 17th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **Internal Revenue Service**. Attached hereto is the certified green card acknowledging service.

[Green card / PS Form 3811 attached, addressed to: Internal Revenue Service, 1111 Constitution Ave., NW, Washington, DC 20224; Article number 7007 2680 0002 5085 3698; Certified]

*[signature]*

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796