UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD D. LONG )
SHERRIE K. LONG )
) CASE NO: **1:08-cv-00849**
)
Plaintiffs, )
v. )
)
UNITED STATES, et al. )
)
Defendants. )
)

## AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 17th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **U.S. Attorney for the District of Columbia**. Attached hereto is the certified green card acknowledging service.

[Attached Domestic Return Receipt — PS Form 3811, December 1994]

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
U.S. Attorney for D.C.
Civil Action Division
501 Third St., NW
Washington, DC 20001

7007 2680 0002 5085 3674

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
MAY 27

6. Signature: (Addressee or Agent)
X

/s/ Elias Aoun

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796