UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD D. LONG )
SHERRIE K. LONG )
)   CASE NO: **1:08-cv-00849**
)
Plaintiffs, )
v. )
)
UNITED STATES, et al. )
)
Defendants. )
)

**AFFIDAVIT OF SERVICE**

I, Elias Aoun, hereby declare that on the 17th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **U.S. Attorney for the District of Columbia**. Attached hereto is the certified green card acknowledging service.

[Attached domestic return receipt (PS Form 3811) addressed to: U.S. Attorney for D.C., Civil Action Division, 501 Third St., NW, Washington, DC 20001; Article No. 7007 2680 0002 5085 3674; Certified; received MAY 27]

*Elias Aoun* (signature)

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796