# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Harold D. Long, <br> Sherrie K. Long, <br><br>     Plaintiffs/Counterdefendants, <br> v. <br><br> UNITED STATES, <br><br>     Defendant/Counterclaimants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL CASE NO: 1:08-cv-00849 |

### PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO RECONSIDERATION

Defendants opposed Plaintiffs' motion for reconsideration for not being filed timely pursuant to Fed. R. Civ. P. 59(e). Plaintiffs' attorney was under the impression that he has a twenty-day period for filing the motion. However, Plaintiffs do meet the requirement for relief under Fed. R. Civ. P. 60(b) and (d).

In the same manner that Defendants are given leeway to file an opposition after time has passed due to a filing error, Plaintiffs should also be afforded the same opportunity due to a mistake and do meet the requirement under Rule 60(b)(1).

In addition, Defendants make allegations against Plaintiffs for filing "frivolous" tax returns. Plaintiffs have not filed returns for the years in question. At the very least, there is a "mistake" on this issue by one of the parties. There is also a potential of fraud and misrepresentation on the part of

Defendants which is ground for relief pursuant to Rule 60(b)(3) and Rule 60(d)(3).

It may be appropriate to offer Defendants 20 days, or as many days as needed, to present the Court and Plaintiffs a copy of the returns which are considered to be "frivolous." Otherwise, it becomes a waste of time for both sides and the Court to pursue the counterclaim any further over an unsubstantiated material issue.

In the event of Defendants' fraud, then the judgment would be considered void and relief is justified pursuant to Rule 60(b)(4).

Furthermore, the Court can use its discretion to justify relief pursuant to Rule 60(b)(6).

### **The Judicial System**

As with regard to judicial bias or corruption, Plaintiffs did not intend any disrespect to the Honorable Judge presiding in this case or the employees of the Court. The judicial system itself, based on political law rather than common law, is what needs to be corrected.

The preeminent fundamental rights that each individual has, or is supposed to have, are the rights to life, liberty, property, and to protect them in the best manner possible. The encroachment on one right ultimately facilitates the encroachment on another.

For many decades now, hundreds of thousands of American people's properties were taken away from them by the Internal Revenue Service, banks,

and corporations simply by the issuance of a piece paper, called a lien or a levy, without any due process or a court order.

The encroachment on property progressed into an encroachment on liberty, where any American could now be arrested or imprisoned under the Patriot Act without any due process or a court order.

If the encroachment on property and liberty is not rectified, then the trend could progress into an encroachment on life itself and any American's life could face the risk of being taken away by some bureaucrat issuing an "order," and without any due process.

In his book "Whatever Happened to Justice?" author Richard J. Maybury wrote: "Originally in Germany the killing of any innocent human was held to be murder. Then political leaders acquired the power to change the law, and judges went along. Exceptions crept in. First, it was persons held to be mentally incompetent. Then other 'undesirables' became exceptions, until finally millions were killed. Legally." [Page 122]

This is an example of how political law without a moral compass, as we have today, can become a barbaric system.

It is the IRS official policy that no arguments of "moral, religious, political, constitutional, conscientious, or similar grounds" should be considered. We all know in what direction the country is heading when decisions are being made without moral or even constitutional considerations.

President Abraham Lincoln said that danger "cannot come from abroad. If destruction be our lot, we must ourselves be its author and finisher."

- 4 -

In most of its cases, the IRS "assumes" liability and robs people's property based on assumptions.  When the assumption is taken as truth without verification, then at some point assumptions will be made and taken as truth with more dangerous consequences.

Defendants in this case need to prove their claims as to liability and frivolous returns.  Plaintiffs will not accept any assumptions to anything.


Respectfully submitted,

_/s/   Elias Aoun_____                               May 27, 2009
**Elias Aoun, Esq. Bar Number 479315
2531 Trellis Green
Cary, NC 27518
Cell Phone 202-257-7796**

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on or about May 27, 2009 a true and correct copy of the foregoing document was served upon the following via the Court's ECF filing Protocol:

>Benjamin J. Weir, Esq.
>Tax Division
>Department of Justice

>__/s/Elias Aoun_____
>ELIAS AOUN