# Exhibit 1

# IRS = Inquisition for Rome Service

**Jesuit ruled IRS**
Friday, October 9, 2009 2:05 PM
From:
To:

The commissioner of the IRS is Douglas H. Shulman who received his J.D. from Jesuit Georgetown University.

The Chief Judge of the US Tax Court is John O. Colvin who received his education at Jesuit Georgetown University and is also an adjunct professor at Georgetown.

The Department of Justice is Jesuit Georgetown University-controlled.

And General David H. Petraeus ("Betray us")---the foremost general in the US Army---is a graduate from the Jesuit Georgetown School of Foreign Service. He or someone like him will be our coming military dictator.

The Order ensures the collection of its socialist-communist income tax to finance its military industrial complex in order to restore the pope's temporal power around the world via American blood and treasure.

Lord Bless,