# Oregon Defense Attorney Strangled

By Pat Shannan

On November 25, the newspapers in the Northwest said that a federal public defender was found dead in her southwest Portland, Ore. home, the apparent victim of a homicide. Typical reporting:

"Nancy S. Bergeson, 57, a well-liked attorney, vigorously defended an assortment of clients during 18 years with the Federal Public Defender's Office in Portland. She was found dead Tuesday, a day after she represented a man in a tax evasion conspiracy case in U.S. District Court here. Bergeson was the daughter of Marian Bergeson, a former California assemblywoman, state senator and California's secretary of education."

What they did not say was that Miss Bergeson's court case that previous day had been torpedoed by what some said was "obvious jury tampering" and that she and her clients were screaming about it.

When her body was discovered, authorities initially labeled the death as "natural causes," but the official report was changed to "homicide" following the medical examiner's autopsy the next day. Early reports said police declined to say exactly how Miss Bergeson was killed, but finally reported on Thanksgiving weekend that it was "death by strangulation."

For the past many months, Bergeson had been defending Marcel Roy Bendshadler, 49, of Portland, one of five men the U.S. government accused of preparing more than 1,000 fraudulent tax returns between 2001 and 2005. He and the others had been targeted and charged with "conspiracy," that catchall "crime" so often used when no one has been harmed and the government is the only "victim."

Bendshadler holds a master's degree in constitutional law, and has argued at least one case before the Idaho Supreme Court. He has studied income tax law and IRS behavior for years.

Of all the defense attorneys in the case, Miss Bergeson was said to be the only one who showed any sincere belief in the innocence of her client. Friends and court watchers said this was because for 21

**"One retired law enforcement officer with over 10 years homicide experience said that there is a very high probability that her murder was related to this case."**

months of their relationship in his case, Bendshadler had explained to her much of the skulduggery typical of the IRS and DOJ in tax crime cases, including subornation of both judge and jury and other dirty tricks, such as the subtle lugging of many boxes into the courtroom to suggest that the DOJ had a mountain of evidence against the defendants. The charade is known to be a common ploy routinely utilized by prosecutors in attempt to prejudice a jury before any testimony is heard.

Miss Bergeson's own research and observation had corroborated the picture Bendshadler had painted for her, and she had become a believer, especially as she watched what she perceived to be a victory for the defense unfolding in the courtroom following two weeks of government witnesses, all whom testified there was no conspiracy, along with IRS testimony that none of the tax returns processed was fraudulent; admonition by the judge that the prosecution had not made its case; two days of defense witnesses, two days of closing arguments and almost two days of intense jury deliberation.

Everyone on the defense's side of the courtroom was shocked to hear the jury return guilty verdicts against three of the four co-defendants. Bendshadler and two others were found guilty, and a fourth man was acquitted.

The defense legal team was utterly devastated. They had canceled many of their witnesses at the last



**NANCY S. BERGESON**
Strangled to death while working on tax case.

minute to spare the jury since the government had not made its case, as pointed out by the judge at the conclusion of the government witnesses. Even a retired 30-year IRS veteran, who had thoroughly interrogated all the co-defendants, found no evidence of conspiracy.

While available throughout the trial, who strong witness was deemed not necessary because defense counsel felt that the government had clearly not proven its case.

After the verdict, one court watcher was outraged and said publicly, "This is an obvious case of jury tampering."

Following the next day's murder of the chief defense counsel, speculation was flying that perhaps Nancy Bergeson also had been too outspoken on the subject and may have gotten so close to the truth in her own investigations over the months of association with Bendshadler that she became a dire threat to the IRS and DOJ, putting both at severe risk of exposure of their crimes that deprived Bendshadler of due process.

One unnamed retired law enforcement officer with over 10 years homicide experience said that there is a very high probability that her murder was not just related to her employment, but specifically related to this case.

Bendshadler maintains he committed no fraud and said he plans to appeal his case. But now he has no attorney. "I'm gut-punched sick because I lost my advocate," he said. "She was a fighter. She risked sanctions by the judge when she repeatedly objected to the prosecution putting hearsay documents into the records.

"[When they called] I was told she was found dead, evidently in front of her laptop, with my case on the screen," Bendshadler said.

---

Pat Shannan is a contributing editor of American ★