UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
HAROLD D. LONG and                        )
  SHERRIE K. LONG,                        )
                                          )
        Plaintiffs,                       )
                                          )
        v.                                )          Civil Action No. 08-849 (PLF)
                                          )
UNITED STATES OF AMERICA, et al.,         )
                                          )
        Defendants.                       )
_____ )


ORDER

        For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that the government's motion for partial summary judgment [35] is

GRANTED; it is

        FURTHER ORDERED that judgment is entered against Harold D. Long in favor

of the United States in the amount of $54,758 in unpaid tax liability, interest, and fees as of

September 28, 2009, as well as statutory additions accruing thereafter; it is

        FURTHER ORDERED that this case is DISMISSED from the docket of this

Court.  The Clerk of the Court shall remove this case from the docket of this Court.  This is a

final appealable order.  See FED. R. APP. P. 4(a).

        SO ORDERED.


                                __/s/_____
                                PAUL L. FRIEDMAN
                                United States District Judge

DATE: April 21, 2010